IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRANCE GUINN                                                                       PLAINTIFF

v.                           CASE NO. 4:15-CV-00608 BSM

WAL-MART                                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE